UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by its  
Attorney General Lori Swanson,

          Plaintiff,

v.

Accretive Health, Inc.,

          Defendant.

Civil File No. 12-145 RHK/JJK

**AFFIDAVIT OF ANN JOHNSON**

Ann Johnson, being first duly sworn on oath, state as follows:

1.    My name is Ann Johnson. I am 58 years old and live in Edina. I was born in Fargo, North Dakota and grew up in Eden Prairie. I have a daughter, Sarah, and two grandchildren, John and Skyler. Sarah is pregnant, so I will soon have a third grandchild in September. I went to college at St. Catherine's and got a degree in nursing. I went to work as a registered nurse at the emergency room and then the heart/lung transplant and intensive care unit at the University of Minnesota. I then worked as a nurse for Hennepin County. After that, I worked for 14 years at Fairview's Southdale Hospital in Edina. At first, I worked in the emergency room and then I worked in the same-day-surgery department. In my spare time, I also worked with the Bureau of Criminal Apprehension and the Minneapolis Police Department as a civilian training coordinator, teaching police officers and others how to take care of patients who were victims of violent crimes, such

as sexual assault victims. I later went to work as a nurse at the Hennepin County jail and later as a nursing home surveyor.

2.  On March 26, 2011, I was unemployed and did not have health care insurance coverage. I was feeling extremely sick. I had a stiff neck, a severe headache, a fever and was feeling weak and shaky. I decided to drive to Fairview's Southdale Hospital emergency room, which is only five blocks from my house. I checked in at the front desk, a nurse checked my vital signs, and I was taken to a curtained patient area. I changed into a hospital gown and laid down in a bed. A nurse started an IV and I was hooked up to a heart and blood pressure monitor. As soon as I laid down, a woman entered my curtained area and began asking me questions. I had not yet seen a doctor. I was repeatedly asked about my insurance coverage and contact information. I told the woman that I did not have a job or health insurance coverage. The woman kept asking me to give her the contact information of any persons I knew. I told her I did not have an emergency contact. The woman then asked me if I could pay anything now for my emergency room visit. I told her no. It was embarrassing and stressful to be asked to pay money in the emergency room, especially because I used to work there and knew many of the nurses and doctors who still worked there. Then, a doctor finally came into my curtained area and told the woman to leave. Later the doctor began to give me a diagnostic spinal tap to see if I had meningitis. While he was injecting me with the spinal tap needle, the woman attempted to enter my curtained area and ask me more questions. The doctor ordered her out of the area. I was eventually diagnosed with meningitis and

given a strong antibiotic through an IV. I was then discharged from the emergency room and sent home.

3. For the next two days I was still feeling extremely sick and was waiting for the antibiotics to kick in. I then received a call from a Fairview emergency room doctor telling me that he had reviewed my lab work, that I should never have been discharged, that I needed to come back to the emergency room immediately, and I could die if I did not come back. I was told that if I did not come back to the emergency room right away, they would send an ambulance to pick me up. I then drove straight to the Fairview Southdale emergency room. I checked in and was taken to a patient room. I changed into a hospital gown, laid down in a bed, and a nurse started an IV and hooked me up to a heart and blood pressure monitor. Then another woman came into my curtained-area and again started badgering me about my insurance coverage and emergency contact information. I was again humiliated, and told the woman that I did not have a job and was currently uninsured. I repeatedly told the woman that I was worried sick about how I was going to pay for this visit but she never told me about any possible programs I may qualify for. The woman then asked me if I could pay anything now for my treatment. I told her no, and I didn't even have my purse with me. I had not yet seen a doctor. The woman left. Later, I finally saw a doctor who tried to give me a spinal tap. The doctor injected me with the spinal tap needle approximately 8-10 times and was having problems doing the procedure properly. Each attempted injection was extremely painful. While this was occurring, the woman again tried to enter my curtained-area and ask me questions about who my emergency contacts were. There were tears rolling down my

face and the doctor told the woman to get out of my area while he was performing the procedure. I felt harassed and anxious not only from my illness but from the continual attempts by the woman to gain information from me. I felt I was being treated differently because I didn't have health insurance. I was in pain and scared about how I was going to pay for my treatment and whether I was going to continue to get the services I needed since I couldn't pay.

4. I was eventually forced to be admitted to the hospital by the doctor due to how serious my condition was. Again, someone came in my room to discuss insurance and billing with me. I was unbelievably sick and told the person that nothing had changed from the time when I had spoken to the last person in the emergency room. I spent the next two days in the hospital and eventually, I spoke with a doctor that I had previously worked with. I told the doctor that I could not afford to stay in the hospital and pleaded with him to discharge me. He agreed to discharge me on the condition that I come back to the hospital and receive IV antibiotic treatments twice a day for the next three weeks. I agreed and was discharged. I then went to Fairview's Southdale Hospital twice a day for the next three weeks to receive this IV antibiotic treatment. Eventually, the meningitis cleared up. I wanted to leave the hospital early because I simply could not afford to stay there and I did not want to be constantly harassed about how I was going to pay for the health care bills that I knew I couldn't afford.

5. After I was back at home, I started getting bills from Fairview Southdale Hospital, the emergency room physicians, and a radiological consultant group totaling thousands of dollars. I received calls and letters from a company called Medical

Financial Solutions.  I attach one of the letters I received from Medical Financial Solutions as Exhibit 1.

6. When I worked at Southdale Hospital as a nurse, I never saw anything like the bill collection practices in the emergency room that I was subjected to. The registrars I worked with were professional and compassionate and they didn't humiliate, terrify, and unnecessarily stress out patients. The registrars I interacted with while I was in the emergency room were completely the opposite. They harassed and embarrassed me and would not leave me alone. I want these practices to stop so that when uninsured Minnesota patients like me are in a medical emergency they won't feel pressured to leave the hospital early and instead will receive the compassionate care they deserve. As a former emergency room nurse, I know that the emergency room is a place of great trepidation for patients. As a nurse, I was trained to do everything in my power to ease the anxiety and stress my patients were under. The emergency room is a somber place and patients should not be subjected to the added stress caused by the aggressive billing practices that I experienced.

_____
ANN JOHNSON

Subscribed and sworn to before me
this __6th__ day of __June__,
2012.

_Deborah A. Lindberg_
Notary Public

AG: #3025552-v1



Deborah A. Lindberg
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2015



Medical Financial Solutions
A Division of ACCRETIVE HEALTH

| DUE DATE | AMOUNT DUE | ACCOUNT NUMBER |
|---|---|---|
| **UPON RECEIPT** | **$5,029.22** | |

Account:
Amount Due: $5,029.22
Date of Service: 03/29/2011

Dear ANN K JOHNSON;

You have a balance of $5,029.22 with Fairview Health Services that is seriously past due and has been assigned to Medical Financial Solutions to determine how this matter can be resolved.

Unfortunately, we have been unable to contact you by phone and our previous attempts to contact you by letter went unanswered. We encourage you to take advantage of this opportunity to resolve this debt and avoid further collection activity. We are now reaching the point where your account may be turned over to a collection agency. We prefer to resolve this matter with you directly.

Please call us immediately and our Customer Service team can help you:

- Understand your bill
- Check for additional insurance coverage
- Accept payment or establish an acceptable payment arrangement
- Discuss financial assistance options available to you

Please call Medical Financial Solutions at 866-994-4098 or remit payment using the payment coupon below.

Sincerely;
John Monteith
Patient Financial Advisor
866-994-4098
Date of Letter: September 26, 2011

If for any reason you feel your concerns have not been addressed, please contact Fairview Health Services at 888-702-4073 to allow them the opportunity to address your concerns. Or, you have the option to address any concerns with the Minnesota Attorney General's Office at 1.800.657.3787.

*Medical Financial Solutions*
*Office Hours (CST): Mon. to Thurs. 8:00am to 8:00pm; Fri 8:00am to 3:30pm; Sat 8:00am to 12:00pm*
*Send Correspondence to: PO Box 50868, Kalamazoo, MI. 49005*

**Please see reverse side for additional information.**     To ensure proper credit, detach bottom portion and return in the enclosed envelope.

☐ *Please check box and make address or insurance changes on reverse side.*

Medical Financial Solutions
A Division of ACCRETIVE HEALTH

**PO Box 50868**
**Kalamazoo, MI 49005**



153-82

ANN K JOHNSON
6024 FRANCE AVE S
EDINA, MN 55410-2750

**\*MAKE CHECK PAYABLE TO:**

FAIRVIEW HEALTH SERVICES
P.O. BOX 147
MINNEAPOLIS, MN 55440

EXHIBIT 1

190172148488000502922010926118