UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by its
Attorney General Lori Swanson,

Plaintiff,

v.

Accretive Health, Inc.,

Defendant.

Civil File No. 12-145 RHK/JJK

**AFFIDAVIT OF JANET LEGLER**

Janet Legler, being first duly sworn on oath, state as follows:

1.  My name is Janet Legler. I was born in southern Georgia, but have lived in Minnesota for the past 31 years. I live in Minneapolis. I have one child. For the whole time I have lived in Minnesota, I have worked for the University of Minnesota and then the University of Minnesota Medical Center - Fairview. For the past 20 years or so, I have been a peri-operative surgery nurse. If a patient has anesthesia, the patient is seen by a nurse in my department. We make sure that patients are prepared for surgery, we take vital signs, and complete the admissions process that patients must go through. We also handle phase-two recovery, which is the end of recovery. We give patients instructions on their care after leaving the hospital.

2.  In March of 2012, my leg became swollen and inflamed. I had an ultrasound, and my primary care physician recommended I go to the emergency room at the University of Minnesota Medical Center - Fairview. After being shown to a room, my vital signs were taken. My blood pressure was high, my heart rate was elevated, and I

had PVCs. A chest X-ray, lab work, and ECG were done to determine what was causing my symptoms. In the midst of laying on my side in the patient exam room, hooked up to monitors and an IV, a man came in and told me that it was a new Fairview policy that I needed to pay money that I owed Fairview. I questioned him on this, and he advised me that I owed Fairview from a previous bill that I had not yet paid. At no time was I informed that I was being asked to pay for the current visit to the emergency room. I gave the man my credit card. He then gave me a receipt, showing that my Visa card was charged $77.68. A copy of the receipt is attached as Exhibit A. It shows that I paid $28.78 on a purported past bill from November 8, 2011, for services at University of Minnesota Physicians Ortho, and that I paid $48.90 for the current visit. At no point did the man advise me when I gave him my credit card that a portion of my charges were for my current visit. When the man came into my room and asked me for my credit card, I was in the middle of being diagnosed and treated. Patients are vulnerable when in the emergency room. They are worried, anxious, and often very ill. I was out of sorts at the time and was appalled when this happened.

3.     After my emergency room visit, I continued to experience fluttering of my heart and a racing pulse. A cardiologist recommended that I have a cardiac MRI, thinking that my previous inflammation could be related to my current symptoms. On April 12, 2012, I checked in at the University of Minnesota Medical Center - Fairview for a cardiac MRI. The person behind the desk told me that I had to speak with somebody from admissions and billing. I was taken to a little room, and a man told me that Fairview had a new policy and that I needed to pay my bill. I told him that I did not have

any outstanding bills with Fairview. He told me that I may not have received the bills yet, and I told him that I would not pay bills that I had not seen. He told me that if I didn't pay, it would make him "look bad." I asked him whether he couldn't simply type into his computer that I had declined to pay a bill that I had not seen. He told me that the computer would not allow that. When I asked to speak to his manager, he told me that Fairview could bill me. Attached as Exhibit B is a copy of a document he gave me as a supposed "receipt" for his request that I pay $56.25. Attached as Exhibit C is another document he gave me showing that I owed Fairview a total of $152.46. This document is confusing. As it turns out, the $56.25 for April 12 was for my current visit. It appears that I had already paid the entries for $24.80 and $24.07 from March 13, 2012, on that day. I had not yet received bills for $19.39 from March 13, 2012, or $27.95 from March 14, 2012.

4. I am a nurse who has worked in the Fairview system for over 30 years. Patients are vulnerable when they are ill and seeking treatment. I am concerned that these types of practices can exacerbate a patient's condition and anxiety.

_____
JANET LEGLER

Subscribed and sworn to before me this ___ 8 ___ day of ___ May ___, 2012.

_____
Notary Public

JUNE M. WALSH
NOTARY PUBLIC MINNESOTA
MY COMMISSION
EXPIRES JAN. 31 2014

3



# FAIRVIEW

**Patient Payment Receipt**

**Terminal Operator:** Operator #369
**Transaction Date:** Mar 13 2012 1:46PM
**Batch #:** 114906

### Payment Information

**Charges**

| Patient | AR Number | Date of Service | Service Code | Amount Due | Payment |
|---|---|---|---|---|---|
| Janet Legler (MR: ▮) | | | | | |
| 515 N 1st St Apt 404, Minneapolis, MN 55401-2451 | | | | | |
| | ▮ | 11/08/2011 | UMP ORTHO | $ 28.78 | $ 28.78 |
| | | 03/13/2012 | UUER | $ 48.90 | $ 48.90 |

**Total Paid:** $ 77.68

**Payment Method:** ▮
**Card Number:** ▮
**Cardholder's Name:** JANET LEGLER
**Authorization Code:** ▮
**Signature:** X_____

*GLATEN*
*ALTGEI*
*Langef*

EXHIBIT A



| Insurance | | Secondary | |
|---|---|---|---|
| Insurance: | | Insurance: | None |
| Subscriber#: | | Subscriber#: | |
| Group: | | Group: | |

| Patient Name | Guarantor | Date of Service |
|---|---|---|
| JANET G LEGLER | JANET G LEGLER | 3/13/2012 |

## Patient Portion

| | | | |
|---|---|---|---|
| Copay: | $0.00 | Medical Services: | *Medical Services Rendered* |
| Co-Insurance: | 10% | Total **Estimated** Charges: | $815.00 |
| Deductible Remaining: | $8.89 | Insurance Payments and Adjustments: | $766.10 |
| Out of Pocket Max: | Unlimited | Estimated Due: | $48.90 |

\ie **estimate** provided above is not a complete statement of charges and may not reflect your total liability for the services you receive. This ;timate is for current services and may not reflect additional services, physician charges, anesthesiology charges, pathology charges, or edical supplies provided during the course of your treatment. Portions of this **estimate** are based upon information regarding your benefits a ported by your health insurance provider. For account inquiries please call: **888-702-4073**.

*Paid 03/13/12*

In addition, you will be billed separately for physician services such as the Emergency Room physician, radiologist, consultant or physicians involved in your care.



**If Paying By Credit Card, Please Fill Out Below:**

☐ VISA  ☐ MC  ☐   ☐

Card Number_____ V-Code_____
Print Name_____ Amt. Paid_____
Signature_____ Exp. Date_____

| Due Date | Amount Due | Account # |
|---|---|---|
| Upon Receipt | $48.90 | |

| ADDRESSEE: | MAKE CHECKS PAYABLE AND REMIT TO: |
|---|---|
| JANET G LEGLER<br>515 N 1ST ST, APT 404<br>MINNEAPOLIS, MN - 55401-2451 | FAIRVIEW HEALTH SERVICES<br>PO BOX 147<br>MINNEAPOLIS, MN - 55440-0147 |

EXHIBIT A

# ACCRETIVE HEALTH
results providers trust

New | Tree | Worklist | Search

EGLER, JANET G   DOB:   PT: O   Serv: UUNUC Admit Date: 04/12/201
2A Created Date: 04/11/2012 03:21 PM

Patient | Coverage | Check Out | Services | Residual | PFA | Authorization | Notes | Settlement | Log

Status: Incomplete

**Phone:Patient**

**Residual Statement**

4/11/2012   Open Bal   $56.25 remaining balance   Last Updated By hland1 on 4/11/20[12]

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Service Charges | | | Patient Payments | |
| Hospital Charges | | | Total Balance | $1,121.00 |
| Discount | 49.82% | | Less Residual Collected | $558.48 |
| Total Due | | | Payment Collected | $562.52 |
| Patient Portion | $0.00 | | Non Collection Reason | [Select One] |
| Copay | $0.00 | | Customer Satisfaction Index | [Select One] Other |
| Deductible Remaining | | | Open Balance | $0.00 |
| Coinsurance | 10.00% | | | $56.25 |
| Out of Pocket Remaining | $1,445.76 | | | |
| Current Patient Balance | | | | $56.25 |

$56.25
$0.00
$0.00
$56.25

Statement

EXHIBIT B

**Patient Information**
Janet Legler (MR: ▇▇▇▇)
515 N 1st St Apt 404, Minneapolis, MN 55401-2451

**Guarantor Information**
Janet Legler
515 N 1st St Apt 404, Minneapolis, MN 55401-2451

Payment Entry | Payment History

## Payment Entry

Refer to FC

| Patient | Type | AR Number | Service Date | Amount Due | Payment Amount | Notes |
|---|---|---|---|---|---|---|
| Janet Legler (MR: ▇▇▇▇) 515 N 1st St Apt 404, Minneapolis, MN 55401-2451 | | | | | | |
| | Current | 11001349463 | 09/28/2012 | $ 0.00 | $ 0.00 | |
| | Current | 72070222 | 09/28/2012 | $ 0.00 | $ 0.00 | |
| | Current | 11001313884 | 05/08/2012 | $ 0.00 | $ 0.00 | |
| | Current | 71816731 | 05/08/2012 | $ 0.00 | $ 0.00 | |
| | Current | 11001443937 | 04/12/2012 | $ 56.25 | $ 0.00 | |
| | Current | 11001344236 | 04/11/2012 | $ 0.00 | $ 0.00 | |
| | Prior | 11001295164 | 03/13/2012 | $ 24.80 | $ 0.00 | |
| | Prior | 11001296863 | 03/13/2012 | $ 19.39 | $ 0.00 | |
| | Prior | 11001299486 | 03/13/2012 | $ 24.07 | $ 0.00 | |
| | Prior | 11001301002 | 03/14/2012 | $ 27.95 | $ 0.00 | |

Add Physician Transaction                Add Hospital Transaction

Total Due: $ 152.46
Total Payment: $ 0.00
Form of Payment: Please select...

< Select Patient                                Collect Payment >

EXHIBIT C