UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by its
Attorney General Lori Swanson,

Civil File No. 12-145 RHK/JJK

Plaintiff,

v.

**AFFIDAVIT OF AMY MORRIS**

Accretive Health, Inc.,

Defendant.

Amy Morris, being first duly sworn on oath, state as follows:

1. My name is Amy Morris. I am 46 years old. My husband, Hugh, and I live in Minneapolis. We have two children, ages 13 and 6. Since 1994, I have worked for a software development company in Eden Prairie.

2. In the summer of 2010, I came down with a small cough that wouldn't go away. I thought at first that it was due to allergies, but then I started to feel sick. I went to urgent care in Minneapolis to get checked out. The doctor thought it might be whooping cough, so I was prescribed antibiotics. I was told to come back in a week if I wasn't feeling better.

3. About a week later, I wasn't feeling better and I returned to urgent care. The doctor ordered a chest X-ray, and I was referred to see a pulmonologist. I was told there was something suspicious on the X-ray. Within a few days, I got in to see the

pulmonologist. He scheduled a CT scan, and told me that I would get a call around seven days later, with the results.

4.      Instead, I was called about four hours after the CT scan, and was asked to come into the office the next day. I suspected that this was not going to be good news. When I went to see the pulmonologist the next day, he told me that the CT scan showed something that might be cancer. I was referred to a thoracic surgeon at Minnesota Oncology. A biopsy was scheduled, and the doctors discovered that I had lung cancer, and a tumor on my lung. The news was devastating for me and my family.

5.      I was scheduled for surgery at Fairview Southdale on November 2, 2010. The doctors told me that they were going to remove the tumor, or if it was too big, they were going to remove an entire lung. My husband, my family, and I were extremely nervous for this major surgery. We arrived at the hospital very early in the morning, at around 5:00 a.m. or so. In preparation for the surgery, and upon medical orders, I had not had anything to eat or drink. We checked in at the main desk, and sat down in the waiting area. I was very worried. My name was called, and Hugh and I were shown to a business counter. The woman at the counter verified my information, and appeared to have scripts or an outline at her work station. She showed me her computer screen, and told me that I owed $1,509.48, and asked how I wanted to pay for that today. Hugh and I were taken aback. Of all the things we were prepped for, we were never told that collections would be part of my surgery day. In fact, I was told not to bring anything to the hospital, so I didn't have any way to pay for it. Hugh looked at me, surprised to be asked for payment, and told me that he had his business credit card with him. I asked

him if he had enough credit for that bill. The woman at the counter kept repeating that it was hospital policy to collect before having a procedure. She never told us that the payment was optional. I was given the impression that if we did not pay, I would not have my surgery. We would have done pretty much anything at that point to make sure the surgery went ahead. Close to the last thing I wanted to be worrying about that morning was money, or a $1,500 requirement before having potentially life-saving surgery. Hugh handed over his credit card, the woman swiped it, and we returned to the waiting area.

6. The surgery was not a success. When the doctors were in surgery, they discovered that my cancer had progressed to stage 4. Because of that, the cancer was too far along to remove either the tumor or a lung. Since that day, I have undergone cycles of chemotherapy and have participated in studies that hope to find a cure for my cancer.

*Amy Morris*
AMY MORRIS

Subscribed and sworn to before me
this 17 day of May,
2012.

*June M Walsh*
Notary Public

3