UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by its
Attorney General Lori Swanson,

Plaintiff,

v.

Accretive Health, Inc.,

Defendant.

Civil File No. 12-145 RHK/JJK

**AFFIDAVIT OF HUGH MORRIS**

Hugh Morris, being first duly sworn on oath, state as follows:

1. My name is Hugh Morris. I am 50 years old. I live in Minneapolis, with my wife, Amy, and our two children. For over 25 years, I have owned my own contracting business. I am a specialty contractor, mostly working on retaining walls.

2. In the summer of 2010, Amy got sick and we learned the terrible news that she has lung cancer. The whole experience has been extremely trying and emotional for our family. Luckily, Amy has gotten great care during her illness, but we had a business experience with Fairview that was very troubling.

3. Amy was scheduled for surgery at Fairview Southdale on November 2, 2010. I was told that my wife had stage 3 lung cancer, and that the doctors planned during surgery to remove the tumor on my wife's lung, or if the tumor was too big, they were going to remove an entire lung. We were all very nervous for this major surgery. Amy and I arranged for child care for our kids, and arrived at the hospital very early in

the morning, at around 5:00 a.m. or so. In preparation for the surgery, and upon medical orders, Amy had not had anything to eat or drink. It was a time of great worry for us. We checked in at the main desk, and sat down in the waiting area. Amy's name was called, and Amy and I were shown to a business counter. The woman at the counter told us that we owed $1,509.48, and asked how we wanted to pay for that today. Amy and I were taken aback. Of all the things we were prepped for, we were never told that collections would be part of Amy's surgery day. I was surprised to be asked for payment, and I only had a business credit card with me. The woman at the counter kept repeating that it was hospital policy to collect before having a procedure. She never told us that the payment was optional. I was given the impression that if we did not pay, Amy would not have her surgery. We would have done pretty much anything at that point to make sure the surgery went ahead. I handed over my credit card, the woman swiped it, and we returned to the waiting area.

4.      This collections experience really upset me. I didn't even know we would be asked for payment, and under those circumstances, we would have done pretty much anything at that point to make sure the surgery went ahead. I did not want to be worrying about how to make a four-figure payment at that moment, and I am upset that we were given the impression that the surgery would not happen if we did not pay. We were never given an option not to pay. Patients and their families are so stressed out in times like these.

_____
HUGH MORRIS

Subscribed and sworn to before me
this _17_ day of _May_,
2012.

_____
Notary Public

JUNE M. WALSH
NOTARY PUBLIC  MINNESOTA
MY COMMISSION
EXPIRES JAN. 31  2014