UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by its  
Attorney General Lori Swanson,

Civil File No. 12-145 RHK/JJK

Plaintiff,

v.

**AFFIDAVIT OF FRANCIS PRZYBILLA**

Accretive Health, Inc.,

Defendant.

Francis Przybilla, being first duly sworn on oath, state as follows:

1.  My name is Francis Przybilla, but I go by Frank. I am 73 years old and live in Ham Lake with my wife Carol. I grew up in Roseville and graduated from Alexander-Ramsey High School. After working a few years on a farm and then for a bank, I was drafted into the United States Army. After serving in the Army from 1961-1963, I went to work for several companies in sales and management positions. I then ran a community newspaper for 10 years and later sold advertising for a food service newspaper. In 1999, I began working for the Ramsey County Sheriff's Office as a reserve water-patrol deputy. I have been a licensed part-time deputy since 2002. As a part-time deputy in the water-patrol division of the Ramsey County Sheriff's Department, I enforce the rules and regulations on Ramsey County's rivers and lakes. In addition to this part-time job, I also work full-time as an armed security guard for local security company called Twin City Security. In my spare time, I enjoy volunteering my time as a

DNR instructor for snowmobiling, ATV, and firearms safety training. Last year, I was honored as an outstanding firearm safety instructor. Carol and I have been married for 50 years. We have two daughters, Cindy and Sandy. We also have two grandchildren, Bethany and Breanna. Breanna's husband is in the armed services and just returned from a tour of duty in Afghanistan. Bethany is studying to become a Certified Public Accountant and got married just last weekend.

2. On the morning of January 24, 2012, as I was just reporting for work as a security guard at the Minnesota Workforce Center, my right leg went numb from the knee down. I had to grab a nearby wall to stop myself from falling down. After a few moments, the sensations in my leg began to return but I was worried so I immediately called my doctor. My doctor told me that my condition could be serious and I should go to the hospital right away. Carol came and picked me up and drove me to the emergency room at Fairview's Riverside Hospital in Minneapolis. I checked into the emergency room and was immediately taken to curtained-off patient area. I changed into a hospital gown and a nurse took my blood pressure, which was high. I laid down in a bed and was hooked up to a blood pressure monitor on one arm and prepped for an IV in the other arm. A nurse performed a few stroke tests on me such as checking my speech, having me lift my arms and hold them straight, and pulling and pushing on my fingers. I passed all of these initial tests.

3. After I was in the emergency room for a short time, and before I had even seen a doctor, a woman in business clothes came into my curtained-area. At this time, I was laying in a bed and still hooked up to a blood pressure monitor. Carol was in the

curtained-off area with me. The woman told us that we owed approximately $350 for my current emergency room visit. The woman told us that we needed to pay this amount right now, and that we could pay by e-check or credit card. The woman clearly implied that if we did not pay up-front for my treatment, further treatment may be withheld. The woman never stated or indicated that payment was optional. Carol and I were both anxious and worried and wanted to make sure I got the care I needed so Carol handed the woman a blank check. The woman took our checking account number off of the check and charged our checking account $350. The woman then handed us a receipt. I attach a copy of the receipt as Exhibit 1. It felt like the woman didn't care if I was dying as long as she got the approximately $350 I owed for my treatment. After that, the woman left and we did not see her again.

4.    After the woman left, I finally saw a doctor who examined me and performed some more stroke tests. I also saw a neurologist and had a CT scan. The neurologist then decided that I should be transferred to Fairview's University of Minnesota Medical Center ("UMMC") neurology department for further examination. At approximately 6:00 pm I was transferred to the neurology department by ambulance. When I arrived, I had an MRI performed. I then spent the night in the hospital and was continually monitored and tested for symptoms of a stroke. The next morning, I also had a heart test performed. By mid-afternoon the next day, I was discharged from the hospital because my blood pressure had returned to normal levels. The neurologist told me that he believed I had suffered a mini-stroke.

5.   I am angry that I was asked to pay $350 up-front while I was in the middle of a medical emergency and extremely worried about whether I had, or was about to have, a serious stroke. I feel fortunate that I had a checkbook and the money to be able to pay the entire amount up-front and get back to worrying about my health. I worry about the health and well-being of other Minnesota patients who might not be as fortunate as I am and cannot afford to pay up-front for their treatment. I cannot believe that I was forced to pay approximately $350 up-front while I was suffering from a stroke in the emergency room. I want these practices to stop so that other patients will be treated with more dignity and respect when they are in the midst of a medical emergency.

_____
FRANCIS PRZYBILLA

Subscribed and sworn to before me
this 14th day of June,
2012.

_____
Notary Public

JUNE M. WALSH
NOTARY PUBLIC   MINNESOTA
MY COMMISSION
EXPIRES JAN. 31 2014

AG: #3030368-v1



**Patient Payment Receipt**

**Terminal Operator:** Operator #309
**Transaction Date:** Jan 24 2012 10:40AM
**Batch #:** 103179

**Payment Information**

Charges

| Patient | AR Number | Date of Service | Service Code | Amount Due | Payment |
|---|---|---|---|---|---|
| Francis Przybilla (MR: ▮) | | | | | |
| 1246 157th Ave Ne, Ham Lake, MN 55304-5523 | | | | | |
| ▮ | | 01/24/2012 | URER | $ 350.00 | $ 350.00 |

**Total Paid:** $ 350.00

**Payment Method:** eCheck
**Account Holder's Name:** Francis Przybilla
**Account Number (last four):** ▮

I authorize Fairview Health System to initiate electronic withdrawals (debits) to my checking account up to $ 350.00 that will be processed through the regular banking system. This authorization is to remain in full force and effect until Fairview Health System has received written notification from me of the termination of my authorization in such time and in such manner as to afford Fairview Health System and my financial institution a reasonable opportunity to act on it. If my payment is returned, additional attempts may be made to process my payment, and I will be charged a returned item fee up to the maximum allowed by law.

**Signature:** X_____

EXHIBIT 1