UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by its
Attorney General Lori Swanson,

Civil File No. 12-145 RHK/JJK

Plaintiff,

v.

**AFFIDAVIT OF KYLE THOMPSON**

Accretive Health, Inc.,

Defendant.

Kyle Thompson, being first duly sworn on oath, states as follows:

1. My name is Kyle Thompson. I live in Elko with my wife, JoAnn Larson-Thompson. I grew up just outside of Cannon Falls. After high school, I joined the Coast Guard and was in the Coast Guard for six years. I had a great experience in the Coast Guard and would recommend it to any of my kids. I work as a head dispatcher for a company that deploys contractors, electricians, plumbers, and HVAC workers to jobs when they arise. I have two children from my first marriage. My youngest child just graduated from Cannon Falls High School last week. JoAnn and I have been married since 2001.

2. September 20, 2011 was a bad day. It was a very stressful day at work. I was not feeling well throughout the day. I started getting chest pains, which continued to get worse. The chest pains became extreme; it felt like someone was sitting on my chest. I am not one to go to the doctor if I don't have to, but when JoAnn got home from work

late that night, I knew I had to go to the emergency room. I told JoAnn about my chest pain. We thought that I was having a heart attack. I felt like I was in big trouble, and might be dying. JoAnn rushed me to the Fairview Ridges Emergency Room.

3. When we got to the ER, we checked in at the front desk and I sat down. JoAnn took care of checking me in. My blood pressure was taken and it was very high. Usually, my blood pressure is low, so this was concerning. We were then taken back to a curtained area, and weren't seen by anyone for a while. I was pretty out of it – I was so scared and worried that I was dying. At some point, JoAnn left the room I was in, and came back a little while later. She was very upset.

4. After JoAnn came back to the room, I was seen by a doctor. I hadn't seen a doctor until then. After running many tests, and having a stress test done, a doctor told me that I had a precursor heart event, and if I did not make lifestyle and health changes, I would have a high chance for a heart attack. I was discharged from the hospital on September 21.

_____
KYLE THOMPSON

Subscribed and sworn to before me
this __7th__ day of __June__,
2012.

_____
Notary Public

JUNE M. WALSH
NOTARY PUBLIC   MINNESOTA
MY COMMISSION
EXPIRES JAN. 31 2014