UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by its Attorney General Lori Swanson, | Civil File No. 12-145 RHK/JJK |
| Plaintiff, | |
| v. | **AFFIDAVIT OF JACK WIEBKE** |
| Accretive Health, Inc., | |
| Defendant. | |

Jack Wiebke, being first duly sworn on oath, state as follows:

1.  My name is Jack Wiebke. I am 67 years old and I live in Farmington, Minnesota with my wife, Kathy. Kathy and I have been married for 21 years. I was born in Lincoln, Nebraska and moved to Minneapolis at age 12. I graduated from the University of Minnesota with a degree in business administration and then owned my own retail/home decorating business for 7 years. After that, I continued to work in the retail decorating business as a sales manager for several companies. In 2007, I retired, but I still work part-time as a shuttle driver for several hotels to stay active. Kathy also retired last year. Before that, Kathy worked as a secretary and then as an office administrator at two different churches in Burnsville. One of my wife's children, Cammi, works as a Registered Nurse at Children's Hospital in Minneapolis. Kathy and I enjoy camping in southern Minnesota, taking Caribbean cruises in the winter, and spending time with our grandchildren.

2. Throughout the winter of 2010-2011, I began experiencing excruciating pain in my lower back. The pain was unbearable and continued to get worse. I went to see my primary care physician and then a urologist who both work for Fairview. My urologist diagnosed me as having kidney stones. My pain persisted and I could not pass the kidney stones, so in late February, my doctor decided I needed surgery and scheduled the surgery for March 2, 2011 at Fairview Ridges Hospital in Burnsville.

3. On the morning of March 2, 2011, I went to Fairview Ridges Hospital with Kathy for my surgery. We walked to the front desk, registered, and sat down in the lobby area and waited. After about ten minutes, the receptionist told us that we needed to meet with a financial counselor before the surgery and took us to a small office adjacent to the lobby. A woman in business clothes was waiting in the room and identified herself as a financial counselor. The woman told us that the out-of-pocket responsibility for my surgery would be $1,443.93 and that we needed to pay this amount before I went in for surgery. We were shocked and had no idea that we needed to pay this amount up-front, prior to my surgery, until that very moment. Kathy told the woman that we didn't have that much cash on us and that we didn't bring our checkbook. The woman told us that we could pay by credit card. We asked the woman to leave the room so we could discuss what we were going to do. Because I was still in agonizing pain from the kidney stones, we didn't want to postpone my surgery so we reluctantly decided to put the amount on a debit card. We were never told that payment was optional. Instead, we were given the strong impression that the surgery could not take place unless we paid the $1443.93. I felt stressed about the hit our bank account would take with paying for the entire bill

up-front. After a few minutes, the woman came back into the room. We gave her our debit card so I could have the surgery. She charged the debit card and gave us a receipt. I attach a copy of the receipt as Exhibit 1. She also gave us a screenshot with Accretive Health's name on the top. A copy of the screenshot is attached as Exhibit 2. We were then allowed to leave the room.

4.  While we were meeting with the financial counselor, Cammi (Kathy's daughter who is a nurse) arrived in the lobby to wait with Kathy while I was in surgery. When we returned to the lobby, she could tell that we both looked stressed, and we told her what had happened. She said she had never heard of such practices taking place in the hospital where she works. I suffer from heart disease and have experienced two heart attacks and triple bypass heart surgery over the course of my life. Stress can exacerbate my heart condition. Kathy was worried that the added stress from this incident could cause heart complications during my surgery. Shortly after we got back to the lobby, I was called back to the surgery area and I had the surgery to remove my kidney stones. As I was recovering in a patient room after the surgery, Kathy was asked to fill out a written survey regarding our experience at the hospital. Cammi encouraged Kathy to report on the survey about the anxiety and stress with the way we were treated in collections just minutes before I went into surgery. Kathy submitted the survey, but we were never contacted by anyone about our concerns.

5.  About a month later, we received our Explanation of Benefits ("EOB") from our insurance company for the surgery. The EOB showed that we had overpaid for my surgery when we were asked to pay up-front. I attached a copy of the EOB as

Exhibit 3. I then called Fairview's business office for an explanation and asked for an itemized bill. Fairview sent me an itemized bill for my surgery that showed I had overpaid for my surgery by approximately $390. I attach a copy of this itemized bill as Exhibit 4. After I requested a refund, I eventually got one.

*[signature]*
JACK WIEBKE

Subscribed and sworn to before me
this 5th day of June, 2012.
2012.

*[signature]*
Notary Public

AG: #3024977-v1

MARY ANNE GILES
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2015

Print Receipt   Page 1 of 1

3/2/2011



| | | Patient Payment Receipt | | | |
|---|---|---|---|---|---|

Terminal Operator: Operator #74
Transaction Date: Mar 2 2011 12:23PM
Batch #: 40917

**Payment Information**

**Charges**

| Patient | AR Number | Date of Service | Service Code | Amount Due | Payment |
|---|---|---|---|---|---|
| Jack Wiebke (MR: ▓▓▓) | | | | | |
| 5668 200th St W, Farmington, MN 550248418 | | | | | |
| ▓▓▓▓ | | 03/02/2011 | SDS | $ 1,443.93 | $ 1,443.93 |

Total Paid: $ 1,443.93
Payment Method: Visa
Card Number: ▓▓▓▓▓▓▓▓
Cardholder's Name: JACK WIEBKE
Authorization Code: ▓▓▓

Signature:

[signature]

EXHIBIT 1

https://hp24prod.fairview.org/healthpay24/Receipt.asp   3/2/2011



EXHIBIT 2

20110325 2596B

**EXPLANATION OF BENEFIT**
Claim Administration Services Provided by:


COMPREHENSIVE CARE SERVICES, INC.
P.O. Box 64668
St. Paul, MN 55164-0668

CONTACT: CUSTOMER SERVICE
(651) 662-5425
TOLL FREE
(866) 356-2425

**THIS IS NOT A BILL**

PATIENT NAME: WIEBKE, JACK
SUBSCRIBER NAME: WIEBKE, JACK

WIEBKE, JACK
5668 200TH ST W
FARMINGTON   MN 55024

PATIENT ID:
GROUP/POLICY:
LOC/DEPT:

| SERVICE DATES | DESCRIPTION | CHARGES | PROVIDER RESP | NON-COVERED | ALLOWED AMOUNT | DEDUCT-IBLE | CO-PAY | CO-INS | NOTE ID |
|---|---|---|---|---|---|---|---|---|---|
| 030211 0302 | | 17876 | 11614 | | 6262 | | | 1879 | |
| 030211 0302 | | 5781 | 3760 | | 2021 | | | 606 | |
| 030211 0302 | | 5547 | 3607 | | 1940 | | | 582 | |
| 030211 0302 | | 9820 | 6390 | | 3430 | | | 1029 | |
| 030211 0302 | | 10966 | 7130 | | 3836 | | | 1151 | |
| 030211 0302 | | 13077 | 8505 | | 4572 | | | 1372 | |
| 030211 0302 | | 924 | 609 | | 315 | | | 95 | |
| 030211 0302 | | 3101 | 2018 | | 1083 | | | 325 | |
| 030211 0302 | | 199352 | 129646 | | 69706 | | | 20912 | |
| 030211 0302 | | 11300 | 7349 | | 3951 | | | 1185 | |
| 030211 0302 | | 31400 | 20420 | | 10980 | | | 3294 | |
| 030211 0302 | | 2800 | 1821 | | 979 | | | 294 | |
| 030211 0302 | | 7100 | 4617 | | 2483 | | | 745 | |
| 030211 0302 | | 2400 | 1561 | | 839 | | | 252 | |
| 030211 0302 | | 6000 | 3902 | | 2098 | | | 629 | |
| 030211 0302 | | 35600 | 23152 | | 12448 | | | 3734 | |
| 030211 0302 | | 318900 | 207390 | | 111510 | | | 33453 | |
| 030211 0302 | | 318900 | 207391 | | 111509 | | | 33453 | |
| TOTALS | | 1000844 | 650882 | | 349962 | | | 104990 | |

| TOTAL CHARGES | 1000844 |
|---|---|
| PD BY OTHER INS | |
| ADJUSTMENT | |
| TOTAL YOU OWE | 104990 |
| PROVIDER RESP | 650882 |
| OTHER ADJUSTMENT | |
| TOTAL PAYMENT | 244972 |
| LIFETIME: | $12603.79 |

| CLAIM NUMBER | CHECK NUMBER | DATE PAID | PATIENT CONTROL NUMBER |
|---|---|---|---|
| | | 03/25/2011 | |

| PROVIDER NUMBER | PROVIDER NAME | PAR |
|---|---|---|
| 1045HFA | FAIRVIEW RIDGES HOSPITAL | YES |

NOTES:

EXHIBIT 3

*** PAYMENT SENT TO PROVIDER ***

```
FAIRVIEW RIDGES HOSPITAL                                              IRS I.D. NUMBER
PO BOX 147                                                  ████████
MINNEAPOLIS MN 55440-0147                         DATE: 04/05/2011    PAGE:  1
```

| PATIENT NAME | PATIENT ACCOUNT NO | ADMISSION DATE | DISCHARGE DATE | | | |
|---|---|---|---|---|---|---|
| WIEBKE, JACK L | ████████ | 03/02/11 | 03/02/11 | 0 | CCS | |
| | | | 5920 | 5921 | 4280 | 4019 |

```
FOR SERVICES RENDERED AT:
     FAIRVIEW RIDGES HOSPITAL


     WIEBKE, JACK L                                          (CLN)
     5668 200TH ST W
     FARMINGTON MN 55024-8418
```

### DETAIL OF CHARGES

| DATE | DESCRIPTION | AMOUNT | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/02 | ████ | 9.37 | 03/02 | ████ | 9.37 |
| 03/02 | ████ | 147.24- | 03/02 | ████ | 159.51 |
| 03/02 | ████ | 9.24 | 03/02 | ████ | 98.20 |
| 03/02 | ████ | 54.19 | 03/02 | ████ | 65.75 |
| 03/02 | ████ | 65.02 | 03/02 | ████ | 55.47 |
| 03/02 | ████ | 52.00 | 03/02 | ████ | 54.40 |
| 03/02 | ████ | 72.36 | 03/02 | ████ | 55.47 |
| 03/02 | ████ | 57.81 | | | |
| 03/02 | ████ | 282.00 | 03/02 | ████ | 32.00 |
| 03/02 | ████ | 344.00 | 03/02 | ████ | 113.00 |
| 03/02 | ████ | 626.00 | 03/02 | ████ | 113.00 |
| 03/02 | ████ | 758.00 | 03/02 | ████ | 98.00 |
| 03/02 | ████ | 54.52 | | | |
| 03/02 | ████ | 71.00 | 03/02 | ████ | 28.00 |
| 03/02 | ████ | 24.00 | | | |

**NOTICE TO PATIENT**

EXHIBIT 4

```
FAIRVIEW RIDGES HOSPITAL                                                    IRS ID NUMBER
PO BOX 147
MINNEAPOLIS MN 55440-0147                              DATE: 04/05/2011     PAGE: 2
```

| PATIENT NAME | PATIENT ACCOUNT NO | ADMISSION DATE | DISCHARGE DATE | | | |
|---|---|---|---|---|---|---|
| WIEBKE, JACK L | | 03/02/11 | 03/02/11 | 0 | CCS | |
| | | 5920 | 5921 | | 4280 | 4019 |

```
FOR SERVICES RENDERED AT:
       FAIRVIEW RIDGES HOSPITAL


       WIEBKE, JACK L
       5668 200TH ST W                                        (CLN)
       FARMINGTON MN  55024-8418
```

### DETAIL OF CHARGES

| DATE | DESCRIPTION | AMOUNT | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |

### NOTICE TO PATIENT

```
FAIRVIEW RIDGES HOSPITAL                                        IRS I.D NUMBER
PO BOX 147                                         DATE: 04/05/2011    PAGE: 3
MINNEAPOLIS MN 55440-0147
```

| PATIENT NAME | PATIENT ACCOUNT NO | ADMISSION DATE | DISCHARGE DATE | | |
|---|---|---|---|---|---|
| WIEBKE, JACK L | | 03/02/11 | 03/02/11 | 0 | CCS |
| | | 5920 | 5921 | 4280 | 4019 |

```
FOR SERVICES RENDERED AT:
       FAIRVIEW RIDGES HOSPITAL


       WIEBKE, JACK L
       5668 200TH ST W                                        (CLN)
       FARMINGTON MN 55024-8418
```

### DETAIL OF CHARGES

| DATE | DESCRIPTION | AMOUNT | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | TOTAL CHARGES | | | | 10,085.44 |
| | TOTAL PAYMENTS | | | | 10,476.72- |
| | TOTAL REMAINING BALANCE | | | | 391.28- |

*REFUND* *4/3/11*

### NOTICE TO PATIENT

THANK YOU FOR USING OUR FACILITY. WE HAVE BILLED THE RESPONSIBLE PARTY (SUCH AS INSURANCE CO., WORKERS COMP., EMPLOYER, ETC.) AS APPLICABLE. THIS IS NOT A BILL. IT IS FOR YOUR RECORDS ONLY. THIS STATEMENT COVERS HOSPITAL CHARGES ONLY. YOUR PHYSICIAN WILL BILL YOU SEPARATELY. FOR ADDITIONAL INFORMATION, PLEASE CALL (612)-672-6724 MONDAY THRU FRIDAY 8:00AM - 4:30PM .