UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by its
Attorney General Lori
Swanson,

Plaintiff,

v.

Accretive Health, Inc.,

Defendant.

Civil File No. 12-145 RHK/JJK

**AFFIDAVIT OF AMELIA ZUMWALDE**

Amelia Zumwalde, being first duly sworn on oath, state as follows:

1. My name is Amelia Zumwalde. My friends call me "Amy." I attended college at the University of Wisconsin, Madison and am employed by the Richfield Public Schools, where I work with children with disabilities. My husband, John, and I live in Southwest Minneapolis.

2. In March, 2011 John and I had our first child, a son named Max. Max was born at Fairview Southdale Hospital. He weighed 9 pounds and 1 ounce. Fortunately, he is a happy, healthy little boy.

3. As we were leaving the hospital to take Max home, a woman asked us for our credit card to pay for the delivery. I believe the amount requested was about $800. We quibbled with the woman because we had good insurance coverage through the Richfield Public Schools and indicated that it was our understanding we would have 30 days to pay any balance. The woman told us that Max and I would not be discharged

unless we gave our credit card number and paid for the visit right then. We were anxious to get home with our new baby boy, so we gave her our credit card number, and our credit card was charged.

4.  Afterward, I called Fairview to complain. As it turns out, we had already met our deductible, and we were overcharged for the visit by about $800. I called Fairview numerous times to ask for a refund of the overpayment, but I was never given satisfactory explanations. Eventually, a couple months later, a refund check arrived in the mail.

_____
AMELIA ZUMWALDE

Subscribed and sworn to before me
this 2nd day of May,
2012.

_____
Notary Public



REBECCA LEE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2015