UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by its<br>Attorney General Lori Swanson,<br><br>  Plaintiff,<br><br>v.<br><br>Accretive Health, Inc.,<br><br>  Defendant. | Civil File No. 12-145 RHK/JJK<br><br>**AFFIDAVIT OF JACOB KRAUS IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND AND SUPPLEMENT ITS FIRST AMENDED COMPLAINT** |

STATE OF MINNESOTA )
                   ) ss.
COUNTY OF RAMSEY   )

JACOB KRAUS, being first duly sworn, states as follows:

1. I am an Assistant Attorney General with the Office of the Minnesota Attorney General, and am one of the attorneys representing the State of Minnesota by its Attorney General, in her official capacity (the "State") in the above-captioned action. I am familiar with the facts underlying this action, and make this affidavit in support of Plaintiff's motion to amend and supplement its first amended complaint.

2. Before the exhibits, attached hereto is an exhibit index.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's First Amended Complaint, filed February 29, 2012. (*See* Exhibits at 1-45.)

4. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from Accretive Health, Inc.'s Index to Consolidated Financials. (*See* Exhibits at 46.)

5. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from Accretive Health, Inc.'s Form 8-K, dated May 9, 2012. (*See* Exhibits at 47-48.)

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the Revenue Cycle Operations Agreement between Accretive Health, Inc. and Fairview Health Services. (*See* Exhibits at 49-53.)

7. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the Accretive Health Services Agreement between Accretive Health, Inc. and North Memorial Health Care. (*See* Exhibits at 54-56.)

8. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from a document titled, Solution Overview. (*See* Exhibits at 57-58.)

9. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from a document titled, Fairview Health Services Revenue Cycle Monthly Site Review Appendix, dated March, 2011. (*See* Exhibits at 59-60.)

10. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from a document titled, Fairview Health Services Prior Balance Collection FAQs, saved September 2, 2010. (*See* Exhibits at 61.)

11. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt from a document titled, Fairview Health Services Patient Access Strategic Roadmap, dated January 2011. (*See* Exhibits at 62-63.)

12. Attached hereto as Exhibit 10 is a true and correct copy of a document titled, North Region Revenue Cycle Update, dated September 22, 2011. (*See* Exhibits at 64-65.)

13. Attached hereto as Exhibit 11 is a true and correct copy of a document titled, Guidelines to Making you an Effective Front End Operator. (*See* Exhibits at 66-67.)

14. Attached hereto as Exhibit 12 is a true and correct copy of the Statement of Kathleen Karsko. (*See* Exhibits at 68-71.)

15. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt from a document titled, Accretive Health Response to Inquiry by Senator Al Franken, dated May 11, 2012. (*See* Exhibits at 72-78.)

16. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt from a document titled, Front End Patient Encounter Training 101: Fundamentals of Residuals & Prior Balances. (*See* Exhibits at 79-80.)

17. Attached hereto as Exhibit 15 is a true and correct copy of a document titled, Guidelines to Making you an Effective Front End Operator. (*See* Exhibits at 81-82.)

18. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt from a document titled, North Memorial Health Care Assessment Presentation, dated January 15, 2009. (*See* Exhibits at 83.)

19. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt from a document titled, Who is Accretive Health? (*See* Exhibits at 84.)

20. Attached hereto as Exhibit 18 is a true and correct copy of an excerpt from Accretive Health, Inc.'s Form 10-K Annual Report for the fiscal year ended December 31, 2011. (*See* Exhibits at 85-92.)

21. Attached hereto as Exhibit 19 is a true and correct copy of an excerpt from a document titled, Chalk Talk 101 "Unleashing the Power of the People." (*See* Exhibits at 93-94.)

22. Attached hereto as Exhibit 20 is a true and correct copy of an e-mail from Chengny Thao to Samuel Moen, dated February 9, 2011. (*See* Exhibits at 95.)

23. Attached hereto as Exhibit 21 is a true and correct copy of an e-mail from Gaurav Kumar to Peter Van Riper, dated March 3, 2010. (*See* Exhibits at 96.)

24. Attached hereto as Exhibit 22 is a true and correct copy of a document titled, FSC Incentive Program, dated August 31, 2011. (*See* Exhibits at 97-98.)

25. Attached hereto as Exhibit 23 is a true and correct copy of a document Bates numbered AH_MNAG_000100389. (*See* Exhibits at 99.)

26. Attached hereto as Exhibit 24 is a true and correct copy of an e-mail from Colin Pierce, dated November 11, 2010. (*See* Exhibits at 100-101.)

27. Attached hereto as Exhibit 25 is a true and correct copy of an excerpt from an e-mail string, dated July 7, 2011. (*See* Exhibits at 102.)

28. Attached hereto as Exhibit 26 is a true and correct copy of an excerpt from an e-mail string, dated October 25, 2010. (*See* Exhibits at 103.)

29. Attached hereto as Exhibit 27 is a true and correct copy of an e-mail string, dated July 7, 2011. (*See* Exhibits at 104-106.)

30. Attached hereto as Exhibit 28 is a true and correct copy of an excerpt from a document titled, Front End Patient Encounter Training 101: Fundamentals of Residuals & Prior Balances. (*See* Exhibits at 107-108.)

31. Attached hereto as Exhibit 29 is a true and correct copy of an e-mail string, dated January 17, 2011. (*See* Exhibits at 109.)

32. Attached hereto as Exhibit 30 is a true and correct copy of an excerpt from a document titled, What is Corporate Compliance? (*See* Exhibits at 110-112.)

33. Attached hereto as Exhibit 31 is a true and correct copy of an excerpt from a document titled, Identification of PHI and PII On Stolen Laptop Computer, dated October 21, 2011. (*See* Exhibits at 113-114.)

34. Attached hereto as Exhibit 32 is a true and correct copy of a document titled, Information Technology Security Incident Report. (*See* Exhibits at 115-116.)

35. Attached hereto as Exhibit 33 is a true and correct copy of an excerpt from a document titled, Fairview Health Services Accretive Health Partnership Update Fairview Perspectives, dated November 2011. (*See* Exhibits at 117-118.)

36. Attached hereto as Exhibit 34 is a true and correct copy of an e-mail string, dated November 14, 2011 and November 18, 2011. (*See* Exhibits at 119.)

37. Attached hereto as Exhibit 35 is a true and correct copy of an excerpt from a document titled, The Do's and Don'ts of Laptop Security. (*See* Exhibits at 120-122.)

38. Attached hereto as Exhibit 36 is a true and correct copy of an e-mail string, dated October 13, 2011. (*See* Exhibits at 123.)

39. Attached hereto as Exhibit 37 is a true and correct copy of an excerpt from North Memorial's response to the Attorney General, dated October 17, 2011. (*See* Exhibits at 124-128.)

40. Attached hereto as Exhibit 38 is a true and correct copy of an excerpt from a document titled, WinCollect. (*See* Exhibits at 129.)

41. Attached hereto as Exhibit 39 is a true and correct copy of an excerpt from a document titled, Fairview Health Services Internal Audit, dated December 30, 2011. (*See* Exhibits at 130-131.)

42. Attached hereto as Exhibit 40 is a true and correct copy of a Consent Judgment regarding In the Matter of Fairview Health Services, filed May 22, 2007. (*See* Exhibits at 132-153.)

43. Attached hereto as Exhibit 41 is a true and correct copy of a Consent Judgment regarding In the Matter of North Memorial Medical Center, filed May 17, 2007. (*See* Exhibits at 154-175.)

44. Attached hereto as Exhibit 42 is a true and correct copy of an excerpt from a document titled, Fairview Health Services MFS Partnership Issues Log. (*See* Exhibits at 176-177.)

45. Attached hereto as Exhibit 43 is a true and correct copy of a document titled, Fairview Health Services Internal Audit, dated May 5, 2011. (*See* Exhibits at 178-189.)

46. Attached hereto as Exhibit 44 is a true and correct copy of an excerpt from a document titled, Shared Services Issues, dated October, 2011. (*See* Exhibits at 190-193.)

47. Attached hereto as Exhibit 45 is a true and correct copy of a Fairview Health Services Internal Audit, dated December 30, 2011. (*See* Exhibits at 194-206.)

48.   Attached hereto as Exhibit 46 is a true and correct copy of an e-mail from Laura Deneui to Andrew Crook, dated January 10, 2012. (*See* Exhibits at 207-209.)

FURTHER YOUR AFFIANT SAYETH NOT.

_____
JACOB KRAUS

Subscribed and sworn to before me on
this  19th  day of  June , 2012.

_____
NOTARY PUBLIC

AG: #3031181-v1

REBECCA LEE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2015