# Exhibit Index to 6/19/12 Kraus Affidavit

| **Ex.** | **Description** | **Page Range in Exs.** |
|---|---|---|
| Ex. 1 | Plaintiff's First Amended Complaint, filed February 29, 2012 | 1-45 |
| Ex. 2 | Accretive Health, Inc.'s Index to Consolidated Financials (excerpt) | 46 |
| Ex. 3 | Accretive Health, Inc.'s Form 8-K, dated May 9, 2012 (excerpt) | 47-48 |
| Ex. 4 | Revenue Cycle Operations Agreement between Accretive Health, Inc. and Fairview Health Services (excerpt) | 49-53 |
| Ex. 5 | Accretive Health Services Agreement between Accretive Health, Inc. and North Memorial Health Care (excerpt) | 54-56 |
| Ex. 6 | Solution Overview (excerpt) | 57-58 |
| Ex. 7 | Fairview Health Services Revenue Cycle Monthly Site Review Appendix, dated March, 2011 (excerpt) | 59-60 |
| Ex. 8 | Fairview Health Services Prior Balance Collection FAQs, saved September 2, 2010 (excerpt) | 61 |
| Ex. 9 | Fairview Health Services Patient Access Strategic Roadmap, dated January 2011 (excerpt) | 62-63 |
| Ex. 10 | North Region Revenue Cycle Update, dated September 22, 2011 (excerpt) | 64-65 |
| Ex. 11 | Guidelines to Making you an Effective Front End Operator (excerpt) | 66-67 |
| Ex. 12 | Statement of Kathleen Karsko | 68-71 |
| Ex. 13 | Accretive Health Response to Inquiry by Senator Al Franken, dated May 11, 2012 (excerpt) | 72-78 |
| Ex. 14 | Front End Patient Encounter Training 101: Fundamentals of Residuals & Prior Balances (excerpt) | 79-80 |
| Ex. 15 | Guidelines to Making you an Effective Front End Operator | 81-82 |
| Ex. 16 | North Memorial Health Care Assessment Presentation, dated January 15, 2009 (excerpt) | 83 |
| Ex. 17 | Who is Accretive Health? (excerpt) | 84 |
| Ex. 18 | Accretive Health, Inc.'s Form 10-K Annual Report for the fiscal year ended December 31, 2011 (excerpt) | 85-92 |
| Ex. 19 | Chalk Talk 101 "Unleashing the Power of the People" (excerpt) | 93-94 |
| Ex. 20 | E-mail from Chengny Thao to Samuel Moen, dated February 9, 2011 | 95 |
| Ex. 21 | E-mail from Gaurav Kumar to Peter Van Riper, dated March 3, 2010 | 96 |

| | | |
|---|---|---|
| Ex. 22 | FSC Incentive Program, dated August 31, 2011 | 97-98 |
| Ex. 23 | Document Bates numbered AH_MNAG_000100389 | 99 |
| Ex. 24 | E-mail from Colin Pierce, dated November 11, 2010 | 100-101 |
| Ex. 25 | E-mail string, dated July 7, 2011 (excerpt) | 102 |
| Ex. 26 | E-mail string, dated October 25, 2010 (excerpt) | 103 |
| Ex. 27 | E-mail string, dated July 7, 2011 | 104-106 |
| Ex. 28 | Front End Patient Encounter Training 101: Fundamentals of Residuals & Prior Balances (excerpt) | 107-108 |
| Ex. 29 | E-mail string, dated January 17, 2011 | 109 |
| Ex. 30 | What is Corporate Compliance? (excerpt) | 110-112 |
| Ex. 31 | Identification of PHI and PII On Stolen Laptop Computer, dated October 21, 2011 (excerpt) | 113-114 |
| Ex. 32 | Information Technology Security Incident Report | 115-116 |
| Ex. 33 | Fairview Health Services Accretive Health Partnership Update Fairview Perspectives, dated November 2011 (excerpt) | 117-118 |
| Ex. 34 | E-mail string, dated November 14, 2011 and November 18, 2011 | 119 |
| Ex. 35 | The Do's and Don'ts of Laptop Security (excerpt) | 120-122 |
| Ex. 36 | E-mail string, dated October 13, 2011 | 123 |
| Ex. 37 | North Memorial's response to the Attorney General, dated October 17, 2011 (excerpt) | 124-128 |
| Ex. 38 | WinCollect (excerpt) | 129 |
| Ex. 39 | Fairview Health Services Internal Audit, dated December 30, 2011 (excerpt) | 130-131 |
| Ex. 40 | Consent Judgment regarding In the Matter of Fairview Health Services, filed May 22, 2007 | 132-153 |
| Ex. 41 | Consent Judgment regarding In the Matter of North Memorial Medical Center, filed May 17, 2007 | 154-175 |
| Ex. 42 | Fairview Health Services MFS Partnership Issues Log (excerpt) | 176-177 |
| Ex. 43 | Fairview Health Services Internal Audit, dated May 5, 2011 | 178-189 |
| Ex. 44 | Shared Services Issues, dated October, 2011 (excerpt) | 190-193 |
| Ex. 45 | Fairview Health Services Internal Audit, dated December 30, 2011 | 194-206 |
| Ex. 46 | E-mail from Laura Deneui to Andrew Crook, dated January 10, 2012 | 207-209 |

AG: #3032097-v1