**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| State of Minnesota, by its Attorney General Lori Swanson, | Civil No. 12-145 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| Accretive Health, Inc., | |
| Defendant. | |

---

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 91), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 7, 2012

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge